92

AMARILLO HOTEL, Appellant, v. Philip B. FLEMING, Temporary Controls Administrator (Frank R. Creedon, Housing Expediter, etc., Substituted as Party Appellee), (Tighe E. Wood, Acting Housing Expediter, Substituted as Party Appellee), Appellee.

No. 11916.

Circuit Court of Appeals, Fifth Circuit.

Nov. 18, 1947.

Mark McGee, of Fort Worth, Tex., for appellant.

Nathan Siegel, Sp. Appellate Atty., Office of Housing Expediter, David London, Dr., Lit. Div., OPA, OTC; and Albert M. Dreyer, Chief, Appellant Br., O.P.A., O.T. C., all of Washington, D. C., and Leonard M. Cox, Regional Lit. Atty., O.P.A., of Dallas, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Frank R. CREEDON, Housing Expediter (Tighe E. Wood, Acting Housing Expediter, Substituted as Party Appellant), Appellant, v. Clifton L. FENNER, Appellee.

No. 12047.

Circuit Court of Appeals, Fifth Circuit.

Nov. 18, 1947.

Nathan Siegal, Atty., Office of Rent Control, of Washington, D. C., for appellant.

H. S. Beard, of Waco, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Frank R. CREEDON, Housing Expediter, Office of the Housing Expediter (Tighe E. Wood, Acting Housing Expediter, substituted as Party Appellant), Appellant, v. H. P. WATSON, Appellee.

No. 12006.

Circuit Court of Appeals, Fifth Circuit.

Nov. 18, 1947.

Nathan Siegel, Sp. Lit. Atty., O. H. E., and Irving M. Gruber, Chief, Litigation Br., O. H. E. Office of Rent Control, both of Washington, D. C., for appellant.

R. P. Watson, Jr., of Marshall, Tex., and Fred G. Benton and Fred A. Blanche, both of Baton Rouge, La., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Foley Ford GEPHART, Appellant, v. Colonel John L. DUNN, Infantry, Commandant, U. S. Disciplinary Barracks, Appellee.

No. 11836.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

Curt H. Stiles, of Dallas, Tex., for appellant.

Henry W. Moursund, U. S. Atty., and Joel W. Westbrook, Asst. U. S. Atty., both of San Antonio, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.